# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY EDWARD HATFIELD,

    Plaintiff,

v.

JEFFERSON B. SESSIONS, III, *in his Official Capacity as the Attorney General of the United States*,

    Defendant.

Case No. 3:16-cv-00383-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Larry Edward Hatfield and against Jefferson B. Sessions, III, in his Official Capacity as the Attorney General of the United States, and

**IT IS FURTHER DECLARED** that:

18 U.S.C. § 922(g)(1) is an unconstitutional violation of the Second Amendment as-applied to Larry Edward Hatfield: a non-violent felon who received no prison time for his offense.

DATED: April 26, 2018

                                                     **JUSTINE FLANAGAN,**
                                                     **Acting Clerk of Court**

                                                     **BY:**  s/ Tina Gray
                                                                **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**