# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY E. HATFIELD,<br><br>   Plaintiff,<br><br>  v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as the Attorney General of the United States,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-cv-383<br>) The Honorable Judge J. Phil Gilbert<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is given this 25th day of June, 2018, that Defendant, Jefferson B. Sessions, in his official capacity as the Attorney General of the United States, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's April 26, 2018 Memorandum and Order granting Plaintiff's Motion for Summary Judgment, *see* ECF No. 49, and the Judgment entered on April 26, 2018, *see* ECF No. 50.

June 25, 2018

              Respectfully submitted,

              CHAD A. READLER
              Acting Assistant Attorney General

              JOHN R. TYLER
              Assistant Branch Director,
              Federal Programs Branch

              *s/Nathan M. Swinton*
              NATHAN M. SWINTON (NY Bar)
              Trial Attorney
              United States Department of Justice
              Civil Division
              Federal Programs Branch

20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-7667
Nathan.M.Swinton@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(b), I hereby certify that on June 25, 2018, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notifications of such filing to all counsel of record in this case.

Dated:  June 25, 2018                                         */s/ Nathan Swinton*
                                                                                Nathan Swinton